IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

In the Matter Of

MARILYN LEVON LONDON ,                          *
*also known as*                                 Case Number: 5:26-cv-00029-CAR
MARILYN LONDON                                  *
       Appellant,                           Bankruptcy Appeal No.25−51675−RMM
                               *

                               *

                               *

V.

PNC BANK NATIONAL ASSOCIATION,
          Appellee.

_____

**J U D G M E N T**

Pursuant to this Court's Order dated April 22, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered AFFIRMING the Bankruptcy court's decision.

JUDGMENT is hereby entered in favor of Appellee.

This 22nd day of April, 2026.

                    David W. Bunt, Clerk

                    s/ Raven K. Alston, Deputy Clerk